**Order entered February 24, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01352-CV

**IN RE JOHN LANIER BURNS, JR., M.D., HENRY STEPHENSON BYRD, M.D.,
JASON KYLE POTTER, M.D., RICHARD YOUNGMIN HA, M.D.,
ALTON JAY BURNS, M.D., MATTHEW JOHN TROVATO, M.D.,
BRADLEY ALAN HUBBARD, M.D., BRYAN STAPP ARMIJO, M.D.,
RODNEY JAMES ROHRICH, M.D., SAMEER SUBHASH JERJURIKAR, M.D.,
SAMEER S. JEJURIKAR, M.D., P.A., DALLAS DAY SURGERY OF TEXAS, NORTH,
LTD., THE CLOISTER, PLLC D/B/A THE CLOISTER AT PARK LANE, RELATORS**

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-15866**

## ORDER
Before Justices Molberg, Osborne, and Nowell

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus.

/s/    KEN MOLBERG
        JUSTICE